United States District Court
District of Connecticut

Wayne Rogers
    Plaintiff
   V                   Case no.:
Governor Ned Lamont;
Deputy Commissioner Carlos;
Warden Ned McCormick;
Deputy Warden Long; Administrative
Captaine Rivera; Kitchen
Supervisor Winton; Corrections
Officer Haymond

## Pro Se Prisoners Civil Rights Complaint:

### Jurisdiction: A

1) I can bring my complaint in Federal Court because I am suing State, County, or City employees for violating my Federal rights under 42 U.S.C. Sec. 1983/1985/1986.

### Plaintiff: B

## Plantiff's

1.) Plantiff, Wayne Rogers, is a pre-Trial Detainee I/m number 323651, currently Housed at Hartford Correctional Center (HCC).

## Defendants:

1.) Defendant, Ned Lamont, is the Governor of Connecticut and is in Controle of the Supervision and Designation of Administrators within Connecticut Department of Corrections (CTDOC). He held this position at all times relevant to this Claim, and was acting under Color of State law.

2.) Defendant, Curbs, is the Deputy Commissioner of the DOC, and is responsible for the overall oversight of the CTDOC. She held this position at all times relevant to this Claim, and was acting under Color of State law.

3.) Defendant, Ned McCormicks, is the Warden at HCC, and is responsible for the actions of Staff and Cleanliness of the facility. He held this position at all times relevant to this Claim, and was acting under Color of State law.

4.) Defendant, Long, is the Deputy Warden at HCC, and is responsible for Staff and Cleanliness along with day to day operations of HCC. She held this position at all times relevant to this Claim, and was acting under Color of State Law

Defendants:

5.) Defendant, Rivera, is the Administrative Captaine at HCC, and is responsible for Staff and Facility oversight at this facility. ~~He ~~ He held this position at all times relevant to this claim, he was acting under color of State law.

6.) Defendant, Winton, is the Kitchen Supervisor at HCC and is responsible for Food Services and held this position at all times relevant to this claim. Winton was acting under color of State law.

7.) Defendant, Haymond, is a Correction officer (co) at HCC and was in controle of Plantiffs unit and overseeing safty and security of Plantiff. He held this position at all times relevant to this claim. He was acting under color of State law.

8.) All Defendants were acting under color of State law at all times relevant to this claim.

Complaint:

Plantiff exhausted all remedies DOC has available to him at the time of the claim.

## Complaint: I)

1) The conditions at HCC as a whole amount to cruel and unsanitary conditions and as a whole are a serious depravation of basic Human needs.

2) In this complaint I will outline 1) Food Services, 2) cell conditions, 3) recreation, and 4) The Harassment that followed due to plantiffs attempts to bring these issues to light.

3.) Defendants, Lamont, Carbs, Long, Rivera, McCormick, Winton and Haymond have been notified through a slew of Requests and Administrative Remedies, that plantiff kept records of for the purposes of this civil action.

4.) Food Services at HCC are unhealthy and fail to meet the proper neutritional value, food is regularly served cold and for atleast one whole week every month milk is served spoiled.

5.) Almost twice a week for breakfast HCC serves one milk 110 calories, one cerial is 80 calories, and a piece of cake, just plain white cake.

6.) Every month usually the last week into the first HCC serves spoiled milk, for instance this last one was Dec. 27, 30, 31, Jan 1, 2, and 3rd of 2021 into 2022.

7.) I personally wrote 5 to 6 requests about these issues

Complaint: D

7cont) and also had LT. Adamitas send E-mails to Defendant Winton about these issues, which have not been resolved or corrected, the issue still happens routeinly.

8.) The Cells at HCC are originally made for one person and converted into a double and therefore are impossible to maintane social distancing.

9.) The vents do not blow air, Hot nor cold, which leaves the Cell extreemly cold in winter and Hot in summer, to the point the walls sweat. this also leaves a stale smell all the time. Cells are dusty and have black mold which is regularly painted over. These issues cause headaches, and the spread of Covid.

10.) There are mice in the Cells, they eat the food, chew threw bags, boxes, and leave fecies all over the Cell, mice are known to have mites and carry infectious diseases.

11.) The Cell conditions are atrocious, these conditions pose a serious health danger whereby respiratory and/or enteric diseases can be transmitted to inmates, due to the rodents and Ambiant air, this is hightend with Covid.

12.) These issues have been brought to the attention of Defendants Lamont, Carlos, McCormick, Long and Rivera by way of request and letters Directed to them, but all conditions

Complaint: D

12cont.) are still the same

13.) Recreation at HCC is non exsistant, phone and showers are allowed at least 4 days a week, usually Defendants use Covid as a reason why theres no rec only phone and shower, and even that phones and showers are usually only first shift or only second.

14.) HCC has no library in the facility, and no access to books, again, Covid is used as to why.

15.) Were not allowed outside rec due to Covid, and theres no gym due to overcrowding at HCC, theres approximatly 100 Inmates sleeping on the gym floor.

16.) Again Defendants Lumant, Carlos, Long, Rivera, and McCormick have been notified multiple times via request and letters, but yet again the conditions persist.

17.) Since the start of filedng these grievances and complaints I've been targeted by one officer in perticular Defendant Haymond.

18.) This officer first threatened to assault me off camera in the stair area by the officers office, so I Imediat walked into Camera View, and wrote Defendants Long, Carlos, and Rivera.

Complaint:D

19.) The Second time Defendant Haymond told Inmates on my Tier I was a Sex offender in an attempt to get me assaulted this did not work because I got my Risk Scores. I again wrote Defendants about this

20.) The Third time the officer closed the door with me walking threw causing it to squeeze me inbetween, then locking me in the Day room for 2 hours.
Again I wrote this up and also spoke with a LT. who said he would monitor the situation.

21.) The last occasion as of this Document, I was entering the Day room for medication and again Defendant Haymond assulted me with the door. He then proceeded to call the Lt. to attempt to send me to Restrictive Housing Stating I threatened him.

22.) The LT., as I stated earlier, knew of the situation and called Defendant Haymond to his office and told him he watched the Camera and the Disciplinary Report was false.

23.) The LT. Came and spoke to me, saying, The issue is over and no DR. would be issued because I did nothing wrong.

24.) Again I wrote Defendants but the officer is still allowed to work in the unit and continues to Harass me.

## Claimes For Relief:

1.) Defendants, Lamont, Carlos, Long, McCormick, Rivera allowing Plantiff to live in unsanatary and inhumane conditions as a pre-trial Detainee violates the 14th Amendment.

2.) Defendants, Wintons' actions and distributing old food and improper food rations knowingly, violates the 4th and 14th Amendment

3.) Defendant, Haymonds', assault, threats and retaliation violates the 4th and 14th Amendments

4.) Defendants, Lamont, Carlos, Long, McCormick, Riveras' Deliberate indifference violates the 4th and 14th Amendments

## Relief Requested:

1.) Punitave Damages $150.000 Jointly and Severly

2.) Compensatory Damages $150.000 Jointly and Severly

3.) An injunction forcing Doc to correct the injustices and inhumane conditions

4.) Any other Relief the courts see Just.

Jury Trial: G

1) Plantiff Requests a Jury trial

Declaration: H

By signing this complaint, I certify under penalty of perjury that the information in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as Five(5) years in prison and/or a fine of $250,000. See 18 U.S.C. §1621, 3571.

Signed at: Hartford, CT.   on: Jan 13th 2022